UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| H. STUART CAMPBELL, JR., AS EXECUTOR OF THE ESTATE OF H. STUART CAMPBELL, SR. *Plaintiff*, v. TEXAS TEA RECLAMATION, LLC *Defendant*. | § § § § § § § § § § | No. 3:20-cv-00090 |

## Plaintiff's Certificate of Interested Parties

Plaintiff H. Stuart Campbell, Jr., as Executor of the Estate of H. Stuart Campbell, Sr., files this Certificate of Interested Parties as follows:

1. The Estate of H. Stuart Campbell, Sr.,

2. Defendant Texas Tea Reclamation, LLC

3. John E. Williams, III

4. Dymra H. Williams

Dated: March 19, 2020

    Respectfully submitted,

    **CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

    By:    /s/Kellen R. Scott
      Kellen R. Scott
      Attorney-in-Charge
      Texas State Bar No. 24070579
      S.D. Tex. ID No. 1054528
      1200 Smith Street, Suite 1400
      Houston, Texas 77002
      Telephone: (713) 658-1818
      Facsimile: (713) 658-2553
      kellen.scott@chamberlainlaw.com

    **ATTORNEYS FOR PLAINITFF**

**OF COUNSEL:**
Ryan Oliver Cantrell
Texas State Bar No. 24055259
S.D. Tex. ID No. 612310
**CHAMBERLAIN, HRDLICKA, WHITE,
   WILLIAMS & AUGHTRY, P.C.**
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553
ryan.cantrell@chamberlainlaw.com