# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

| KELLEN R. SCOTT | 1200 SMITH STREET, SUITE 1400 | HOUSTON |
| --- | --- | --- |
| SHAREHOLDER | HOUSTON, TEXAS 77002 | ATLANTA |
| DIRECT: 713.356.1767 | 713.658.1818      800.342.5829 | PHILADELPHIA |
| KELLEN.SCOTT@CHAMBERLAINLAW.COM | FAX: 713.658.2553 | SAN ANTONIO |

July 21, 2020

**_Via CM/ECF_**
United States Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, Texas 77550

    Re:    No. 3:20–CV–00090; *H. Stuart Campbell, Jr. v. Texas Tea Reclamation, LLC*
            United States District Court, Southern District of Texas, Galveston Division

Dear Judge Edison:

This letter is in response to your July 15, 2020 Order in the above-referenced matter. [Doc. No. 15].

The Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the parties are completely diverse, and the amount in controversy exceeds the $75,000 threshold, exclusive of interest and costs. [Doc. No. 1] ¶ 3. The Plaintiff in this case is H. Stuart Campbell, Jr., who asserts his claims in his representative capacity as the executor of his father's estate, the Estate of H. Stuart Campbell, Sr. *Id.* ¶ 1. Campbell, Jr. is deemed to be a citizen only of the same state as his father. 28 U.S.C. § 1332(c)(2). Campbell, Sr. was a citizen of the State of North Carolina when he passed away.

Defendant Texas Tea Reclamation, LLC is a limited liability company organized under the laws of the State of Texas with two individual members: John E. Williams, III and Dymra Henderson Williams. [Doc. No. 1] ¶ 2. John and Dymra Williams are both Texas citizens. *Id.*

As all parties on one side of this controversy are citizens of different states (North Carolina) from all persons on the other side (Texas), there is complete diversity between the Plaintiff and Defendant, and the Court has subject matter jurisdiction.

                                      Sincerely,

                                      Kellen R. Scott

KRS:
cc:    **_Via CM/ECF_**
       Counsel of Record