VICTORIA S. WINDELL, P.C.
13850 Ballantyne Corporate Place
Suite 500
Charlotte, NC  28277

May 25, 2019

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Texas Tea Reclamation, LLC
c/o Dymra Henderson Williams
2600 South Shore Blvd., Suite 300
League City, TX 77573

Re:      Estate of H. Stuart Campbell, Sr.

Dear Ms. Williams:

I represent H. Stuart Campbell, Jr. as Executor of the Estate of H. Stuart Campbell, Sr. (the "Estate").  Mr. Campbell, Sr. (the "Decedent") died a resident of Moore County, North Carolina on December 28, 2018.  It has come to my attention through your recent correspondence to the Executor that Texas Tea Reclamation, LLC (the "Company") takes the position that the Decedent owed the Company a debt in an amount equal to his negative capital account as a member of the Company.  It also has come to my attention that you believe the Decedent had an obligation to restore his negative capital account, notwithstanding this is contrary to the provisions of the purported operating agreement for the Company and also inconsistent with Texas law.  I did not previously provide the Company notice because I did not then (and do not now) believe the Company is a creditor of the Estate.  Out of an abundance of precaution, I am providing you with the notice below and inform you that if you do not file your claim within the notice period, your claim will be barred.

On behalf of the Executor of the Estate, I provide you with the following notice:

**EXHIBIT**

**A-3**

Campbell 000140

Texas Tea Reclamation, LLC
c/o Dymra Henderson Williams
May 25, 2019
Page 2 of 2

## Notice to Creditors

Having qualified as the Executor of the Estate of H. Stuart Campbell, Sr., deceased, late of Moore County, North Carolina, this is to notify all persons, firms and corporations having claims against said Estate to present them, duly verified, to the undersigned, c/o Victoria S. Windell, Victoria S. Windell, P.C., 13850 Ballantyne Corporate Place, Suite 500, Charlotte, North Carolina 28277, on or before April 27, 2019, or this notice will be pleaded in bar of their recovery. All person, firms and corporations indebted to said Estate will please make immediate settlement with the undersigned. This the 27th day of January, 2019. H. Stuart Campbell, Jr., Executor of the Estate of H. Stuart Campbell, Sr. c/o Victoria S. Windell, Victoria S. Windell, P.C. 13850 Ballantyne Corporate Place, Suite 500, Charlotte, NC 28277

Enclosed is a copy of Notice to Creditors as required by Section 28A-14-1 of the North Carolina General Statutes.

If you (individually or on behalf of the Company) intend to make a claim that the Decedent owed you or the Company any debt arising out of his membership in the Company or otherwise, you must submit such claim in writing on or before the day which is ninety (90) days from the date of your receipt of this notice, or the claim will be barred. This statutory bar will prevent you from any future recovery in North Carolina or in Texas.

Please note that the Estate does not consent to your attempt to offset debts that the Company owes the Estate. Those debts owed by the Company to the Estate are in writing, and well documented, and the Estate intends to pursue full payment from the Company or its members.

Sincerely,

Victoria S. Windell, P.C.


Victoria S. Windell

Enclosure

cc:     H. Stuart Campbell, Jr.

Campbell 000141

## LEGAL NOTICE
## NOTICE OF
## ADMINISTRATION

Having qualified as the Executor of the Estate of H. STUART CAMPBELL, SR., deceased, late of Moore County, North Carolina, this is to notify all persons, firms and corporations having claims against said Estate to present them, duly verified, to the undersigned, c/o Victoria S. Windell, Victoria S. Windell, P.C., 13850 Ballantyne Corporate Place, Suite 500, Charlotte, North Carolina 28277, on or before April 27, 2019, or this notice will be pleaded in bar of their recovery. All persons, firms and corporations indebted to said Estate will please make immediate settlement with the undersigned.

This the 27th day of January, 2019.

H. Stuart Campbell, Jr.
Executor
of the Estate of
H. STUART CAMPBELL,
SR.

c/o Victoria S. Windell
Victoria S. Windell, P.C.
13850 Ballantyne Corporate
Place
Suite 500
Charlotte, NC 28277
386755        1:27,2:3,10,17c

Campbell 000142

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Texas Tea Reclamation, LLC
c/o Dymra Henderson Williams
2600 South Shore Blvd, Suite 300
League City, TX 77573

9590 9402 4915 9032 4417 81

2. Article Number *(Transfer from service label)*

19   0160   0000   1459   0021

PS Form **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Tam Rom_    ☐ Agent
              ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

Tamera Roman

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Campbell 000143



USPS TRACKING#

9590 9402 4915 9032 4417 81

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Victoria S. Windell, P.C.
13850 Ballantyne Corp Place
Suite 500
Charlotte, NC 28277

Campbell 000144