

**From:** Dymra Williams <██████████████>
**Date:** December 12, 2019 at 8:14:30 PM EST
**To:** "Lewis, David" <██████████>
**Cc:** 'Stu Campbell LAST_NAME' <█████████████>, VSW PC <█████████>, Jack
Williams <██████████████>
**Subject: RE: Attached Demand Letter**

Dear Mr. Lewis,
I am in receipt of your demand letter. Our attorney will be contacting you within the next thirty days.
Sincerely,
Dymra Williams
Dymra Henderson Williams
General Counsel & Managing Partner
Texas Tea Reclamation, LLC
Texas Tea International, LLC
Texas and International Office:
South Shore Harbor
2600 South Shore Blvd., Ste. 300
League City, Texas 77573
Texas Bar Association Member
Houston Bar Association Member
TMRA Sponsor Member
Cell: 406-640-0569

**From:** Lewis, David <██████████>
**Sent:** Thursday, December 12, 2019 2:30 PM
**To:** Dymra Williams <██████████>; Jack Williams <█████████>
**Cc:** 'Stu Campbell LAST_NAME' <█████████>; VSW PC <█████████████>
**Subject:** Attached Demand Letter
Attached please find a detailed letter on behalf of my client Stu Campbell as Executor of the Estate of H.
Stuart Campbell Sr.

1



**EXHIBIT A-6**

**Campbell 000127**

**David T. Lewis, Partner**

**JOHNSTON**
**ALLISON HORD**

1065 East Morehead Street | Charlotte, NC 28204
Phone: 704-332-1181 | Direct: 704-998-2208 | Fax: 704-323-4508
dlewis@jahlaw.com | www.jahlaw.com

Member: Meritas Law Firms Worldwide

**Campbell 000128**