UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| H. Stuart Campbell, Jr. <br> *Plaintiff,* <br><br> v. <br><br> Texas Tea Reclamation, LLC, *et al.* <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:20-cv-00090 |

## Declaration of Kellen R. Scott

1. My name is Kellen R. Scott. I am a shareholder in law firm Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C., which represents Plaintiff H. Stuart Campbell, Jr. in the above-captioned lawsuit. The facts stated within this Declaration are true and correct and are within my personal knowledge based on appropriate investigation and due to my role as counsel for Mr. Campbell.

2. A true and correct copy of Defendant Texas Tea Reclamation, LLC's Objections and Responses to Plaintiff's First Requests for Admissions that it served in this lawsuit is attached to this Declaration as Exhibit B-1.

3. I declare under penalty of perjury that that the foregoing is true and correct.

   EXECUTED on October 21, 2020.

   _____
   Kellen R. Scott

**EXHIBIT B**