UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| H. STUART CAMPBELL, JR. AS EXECUTOR OF THE ESATE OF H. STUART CAMPBELL, SR. | § § § § | |
| *Plaintiff* | § § | NO. 3:20-CV-00090 |
| V. | § § | |
| TEXAS TEA RECLAMATION, LLC, ET AL. | § § § | |
| *Defendants.* | § | |

## ORDER

The Court has considered Plaintiff's Motion for Summary Judgment as to Liability on His Claims for Breach of Contract [Dkt. 40], Defendant Texas Tea Reclamation, LLC's response [Dkt. 43], arguments of counsel, and all admissible summary judgment evidence, and finds that the Motion should be denied. It is, therefore,

ORDERED that Plaintiff's Motion for Summary Judgment as to Liability on His Claims for Breach of Contract is DENIED. It is, further,

ORDERED that Defendant Texas Tea Reclamation, LLC's objections to Plaintiff's summary judgment evidence are GRANTED.

SIGNED this _____ day of _____, 2020.

_____
JUDGE PRESIDING