# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| H. Stuart Campbell, Jr., as Executor of the Estate of H. Stuart Campbell, Sr. | § § § | |
| v. | § | CIVIL ACTION NO. 3:20-cv-00090 |
| | § | |
| Texas Tea Reclamation, LLC, et al. | § § | |

## NOTICE OF APPEARANCE

To the Honorable Jeffrey Brown:

    Megan S. Jones hereby files her notice of appearance as an additional counsel for Defendants Dymra Henderson Williams and John E. Williams, III in this matter. Andres "Andy" O. Soto shall remain the Attorney-in-Charge.

    Respectfully submitted,

MILLS SHIRLEY L.L.P.
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
Phone/Fax: 409.761.4035

By:   */s/ Megan Jones*
      Andres "Andy" O. Soto, Attorney-in-Charge
Texas Bar No. 24071128
S.D. Texas Bar No. 1057789
asoto@millsshirley.com
      Megan S. Jones
Texas Bar No. 24070024
S.D. Texas Bar No. 3120278
mjones@millsshirley.com

**ATTORNEYS FOR DEFENDANTS,**
**Dymra Henderson Williams and**
**John ("Jack") E. Williams, III**

## CERTIFICATE OF SERVICE

    I certify that on May 24, 2021, I served a copy of the foregoing document on all parties using the CM/ECF system.

                                      By:  */s/ Megan Jones*
                                                  Megan S. Jones