UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| H. STUART CAMPBELL, JR., *in his capacity as Executor of the Estate of H. Stuart Campbell, Sr.*, § § § § | |
| VS. § | CIVIL ACTION NO. 3:20-CV-0090 |
| TEXAS TEA RECLAMATION, LLC, *et al.* § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 26, 2020, all dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 28. On June 15, 2021, Judge Edison filed a memorandum and recommendation, recommending that Plaintiff's Motion for Summary Judgment as to Liability on His Claims for Breach of Contract (Dkt. 40) be denied. *See* Dkt. 59.

Plaintiff H. Stuart Campbell, Jr., as executor of the Estate of H. Stuart Campbell, Sr., filed an objection to the memorandum and recommendation on June 29, 2021. *See* Dkt. 60. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 59) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiff's Motion for Summary Judgment as to Liability on His Claims for Breach of Contract is denied.

Signed on Galveston Island this 15th day of July, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE